PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
MATTHEW P. ALLEN, State Bar No. 265118
mpa@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California  91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendants
County of Los Angeles, Edward Boyer, and Sterling Norris

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY GANTT,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF LOS ANGELES, CITY OF LOS ANGELES, RICK LANE, #116702, JOSE L. REYES #21778, AL GONZALES #15614, LT. LOUIS TROVATO, WILLIE WILLIAMS, EDWARD BOYER, STERLING NORRIS, AND DOES 1-10, INCLUSIVE,<br><br>　　　　Defendants. | **Case No. CV 08-05979 ODW (CWx)**<br><br>Honorable Otis D. Wright II<br><br>Consolidated with:<br>　CV09-08565 ODW (CWx)<br><br>**JUDGMENT AFTER TRIAL BY JURY** |
| MICHAEL SMITH,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF LOS ANGELES, RICK LANE, #116702, JOSE L. REYES #21778, AL GONZALES #15614, LT. LOUIS TROVATO, WILLIE WILLIAMS, AND DOES 1-10, INCLUSIVE,<br><br>　　　　Defendants. | |

1

On June 2, 2009 Defendants County of Los Angeles, Edward Boyer, and Sterling Norris filed a Motion to Dismiss Plaintiff's Second Amended Complaint. On July 16, 2010, the Court granted this Motion as to Defendant Norris. Plaintiff conceded that the County of Los Angeles and Defendant Boyer should also be dismissed. Defendants County of Los Angeles, Edward Boyer, and Sterling Norris filed a proposed Judgment on July 17, 2010, but no final judgment was entered.

This action came on regularly for trial on November 9, 2010, in Courtroom "11" of the United States District Court for the Central District of California before the Honorable Otis D. Wright, II, Trial Judge. Plaintiffs Timothy Gantt and Michael Smith were represented by Chijioke O. Ikonte and Emmanuel C. Akudinobi. The Defendants, City of Los Angeles, Louis Trovato, Jose L. Reyes, Rick Lane, and Al Gonzales, were represented by Deputy City Attorney Surekha A. Pessis and Deputy City Attorney Geoff Plowden.

A jury of twelve (12) persons were regularly empaneled and sworn. Witnesses were sworn and testified and documentary evidence was introduced and admitted into evidence. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury with directions to return a verdict on the issues if, after proper deliberations, they could do so. The jury deliberated and thereafter returned to the court with their unanimous verdict as follows, to-wit:

## JURY VERDICT

"TITLE OF COURT AND CAUSE"

"WE, THE JURY, in the above-entitled action, unanimously find on the questions presented as follows:

///

///

**MALICIOUS PROSECUTION**

QUESTION NO. 1:   Did any of the defendants subject plaintiff Michael Smith to malicious prosecution?

YES _____        NO____X____

*If you answered "yes", please proceed to Question No. 2.*
*If you answered "no", please proceed to Question No. 4.*

QUESTION NO. 2:   Please place a check mark next to the name of each defendant who caused Michael Smith to be maliciously prosecuted.

Rick Lane    _____
Jose Reyes   _____

*Please proceed to Question No. 3.*

QUESTION NO. 3:   Was the defendant's conduct as found by you in Question No. 1 a substantial factor in causing injury to Michael Smith?

Rick Lane    YES _____        NO_____
Jose Reyes   YES _____        NO_____

*Please proceed to Question No. 4.*

///

3

GANTT Judgment After Trial by Jury

QUESTION NO. 4: Did any of the defendants subject plaintiff Timothy Gantt to malicious prosecution?

YES \_\_\_\_\_    NO\_\_\_X\_\_\_

*If you answered "yes", please proceed to Question No. 5.*
*If you answered "no", please proceed to Question No. 7.*

QUESTION NO. 5: Please place a check mark next to the name of each defendant who caused Timothy Gantt to be maliciously prosecuted.

Rick Lane     \_\_\_\_\_
Jose Reyes    \_\_\_\_\_

*Please proceed to Question No. 6.*

QUESTION NO. 6: Was the defendant's conduct as found by you in Question No. 4 a substantial factor in causing injury to Timothy Gantt?

Rick Lane    YES \_\_\_\_\_    NO\_\_\_\_\_
Jose Reyes   YES \_\_\_\_\_    NO\_\_\_\_\_

*Please proceed to Question No. 7.*

///
///
///

4

| | | |
|---|---|---|
| 1 | QUESTION NO. 7: | Did any of the defendant's deny plaintiff Michael Smith his due process right to fair trial by use of fabricated evidence? |
| | | |
| | | YES _____     NO__X__ |
| | | |
| | | *If you answered "yes", please proceed to Question No. 8.* |
| | | *If you answered "no", please proceed to Question No. 10.* |
| | | |
| | QUESTION NO. 8: | Please place a check mark next to the name of each defendant who caused Michael Smith to be denied of his due process right to a fair trial. |
| | | |
| | | Rick Lane    _____ |
| | | Jose Reyes   _____ |
| | | |
| | | *Please proceed to Question No. 9.* |
| | | |
| | QUESTION NO. 9: | Was the defendant's conduct as found by you in Question No. 7 a substantial factor in causing injury to Michael Smith? |
| | | |
| | | Rick Lane    YES _____     NO_____ |
| | | Jose Reyes   YES _____     NO_____ |
| | | |
| | | *Please proceed to Question No. 10.* |

///
///

5

QUESTION NO. 10:   Did any of the defendant's deny plaintiff Timothy Gantt his due process right to fair trial by use of fabricated evidence?

YES _____     NO.__X__

*If you answered "yes", please proceed to Question No. 11.*
*If you answered "no", please proceed to Question No. 13.*

QUESTION NO. 11:   Please place a check mark next to the name of each defendant who caused Timothy Gantt to be denied of his due process right to a fair trial.

Rick Lane     _____
Jose Reyes    _____

*Please proceed to Question No. 12.*

QUESTION NO. 12:   Was the defendant's conduct as found by you in Question No. 10 a substantial factor in causing injury to Timothy Gantt?

Rick Lane    YES _____     NO_____
Jose Reyes   YES _____     NO_____

*Please proceed to Question No. 13.*

///
///

6

**CONSPIRACY**

QUESTION NO. 13:   Do you find that defendants Rick Lane and Jose Reyes conspired to violate plaintiff Timothy Gantt's constitutional rights?

     YES _____   NO__X__

*If you answered "yes", please proceed to Question No. 14. If you answered "no", please sign and date the verdict form.*

QUESTION NO. 14:   Was the conspiracy a substantial factor in causing harm to Timothy Gantt?

     YES _____   NO_____

DATED: November 24, 2010       FOREPERSON OF THE JURY

7

# JUDGMENT

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

1. That judgment be, and hereby is, entered in favor of the Defendants COUNTY OF LOS ANGELES, STERLING NORRIS, EDWARD BOYER, CITY OF LOS ANGELES, RICK LANE, JOSE L. REYES, AL GONZALES, LOUIS TROVATO, and WILLIE WILLIAMS and against Plaintiff TIMOTHY GANTT;

2. That the Plaintiff shall take nothing;

3. That the Defendants recover their costs of suit herein.

Dated: December 1, 2010

_____

OTIS D. WRIGHT

**United States District Judge**