1
2
3
4
5
6
7

8            **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10

11   TIMOTHY GANTT,                          )    CASE NO.:  **CV08-05979 ODW (CWx)**

12                    *Plaintiff,*            )    **Hon. Otis D. Wright, II, Trial Judge, Ctrm. 11**
                                              )    **Hon. Carla M. Woehrle, Mag. Judge, Ctrm. 640, Roybal**
13            vs.                             )
                                              )        Consolidated with:
14   COUNTY OF LOS ANGELES, CITY )                    CV09-08565 ODW (CWx)
     OF LOS ANGELES, RICK LANE, )
15   #116702, JOSE L. REYES #21778, )
     AL GONZALES #15614, LT. LOUIS )
16   TROVATO, WILLIE WILLIAMS, )              **JUDGMENT IN FAVOR OF CITY**
     EDWARD BOYER, STERLING )                 **DEFENDANTS AFTER TRIAL BY**
17   NORRIS, AND DOES 1-10, )                 **JURY AS TO PLAINTIFF MICHAEL**
     INCLUSIVE,                     )         **SMITH**
18                                            )
                    *Defendants.*             )
19   _____ )
                                              )
20   MICHAEL SMITH,                           )
                                              )
21                    *Plaintiff,*            )
                                              )
22            vs.                             )
                                              )
23   CITY OF LOS ANGELES, RICK )
     LANE, #116702, JOSE L. REYES )
24   #21778, AL GONZALES #15614, )
     LT. LOUIS TROVATO, WILLIE )
25   WILLIAMS, AND DOES 1-10, )
     INCLUSIVE,                     )
26                                            )
                    *Defendants.*             )
27   _____ )

28

                                    1

1   This action came on regularly for trial on November 9, 2010, in Courtroom "11"
2   of the United States District Court for the Central District of California before the
3   Honorable Otis D. Wright, II, Trial Judge.   Plaintiffs Timothy Gantt and Michael Smith
4   were represented by Chijioke O. Ikonte and Emmanuel C. Akudinobi.  The Defendants,
5   City of Los Angeles, Louis Trovato, Jose L. Reyes, Rick Lane, and Al Gonzales, were
6   represented by Deputy City Attorney Surekha A. Pessis and Deputy City Attorney Geoff
7   Plowden.

8   A jury of twelve (12) persons were regularly empaneled and sworn. Witnesses
9   were sworn and testified and documentary evidence was introduced and admitted into
10  evidence.   After hearing the evidence and arguments of counsel, the jury was duly
11  instructed by the Court and the cause was submitted to the jury with directions to return
12  a verdict on the issues if, after proper deliberations, they could do so.   The jury
13  deliberated and thereafter returned to the court with their unanimous verdict as follows,
14  to-wit:

## JURY VERDICT

"TITLE OF COURT AND CAUSE"

"WE, THE JURY, in the above-entitled action, unanimously find on the questions presented as follows:

**MALICIOUS PROSECUTION**

**QUESTION NO. 1:**   Did any of the defendants subject plaintiff Michael Smith to malicious prosecution?

YES _____          NO ___✖___

*If you answered "yes", please proceed to Question No. 2.*
*If you answered "no", please proceed to Question No. 4.*

2

**QUESTION NO. 2:**    Please place a check mark next to the name of each defendant who caused Michael Smith to be maliciously prosecuted.

Rick Lane    \_\_\_\_\_

Jose Reyes    \_\_\_\_\_

*Please proceed to Question No. 3.*

**QUESTION NO. 3:**    Was the defendant's conduct as found by you in Question No. 1 a substantial factor in causing injury to Michael Smith?

Rick Lane   YES \_\_\_\_\_      NO \_\_\_\_\_

Jose Reyes  YES \_\_\_\_\_      NO \_\_\_\_\_

*Please proceed to Question No. 4.*

**QUESTION NO. 4:**    Did any of the defendants subject plaintiff Timothy Gantt to malicious prosecution?

      YES \_\_\_\_\_      NO \_\_✖\_\_

*If you answered "yes", please proceed to Question No. 5.*

*If you answered "no", please proceed to Question No. 7.*

3

**QUESTION NO. 5:**   Please place a check mark next to the name of each defendant who caused Timothy Gantt to be maliciously prosecuted.

Rick Lane   _____

Jose Reyes   _____

*Please proceed to Question No. 6.*

**QUESTION NO. 6:**   Was the defendant's conduct as found by you in Question No. 4 a substantial factor in causing injury to Timothy Gantt?

Rick Lane   YES _____          NO _____

Jose Reyes   YES _____          NO _____

*Please proceed to Question No. 7.*

**QUESTION NO. 7:**   Did any of the defendant's deny plaintiff Michael Smith his due process right to fair trial by use of fabricated evidence?

YES _____          NO __✖__

*If you answered "yes", please proceed to Question No. 8.*
*If you answered "no", please proceed to Question No. 10.*

4

**QUESTION NO. 8:**      Please place a check mark next to the name of each defendant who caused Michael Smith to be denied of his due process right to a fair trial.

Rick Lane      _____

Jose Reyes   _____

*Please proceed to Question No. 9.*

**QUESTION NO. 9:**      Was the defendant's conduct as found by you in Question No. 7 a substantial factor in causing injury to Michael Smith?

Rick Lane    YES _____          NO _____

Jose Reyes   YES _____          NO _____

*Please proceed to Question No. 10.*

**QUESTION NO. 10:**      Did any of the defendant's deny plaintiff Timothy Gantt his due process right to fair trial by use of fabricated evidence?

YES _____          NO. __✖__

*If you answered "yes", please proceed to Question No. 11.*
*If you answered "no", please proceed to Question No. 13.*

5

**QUESTION NO. 11:** Please place a check mark next to the name of each defendant who caused Timothy Gantt to be denied of his due process right to a fair trial.

Rick Lane    _____
Jose Reyes   _____

*Please proceed to Question No. 12.*

**QUESTION NO. 12:** Was the defendant's conduct as found by you in Question No. 10 a substantial factor in causing injury to Timothy Gantt?

Rick Lane   YES _____        NO _____
Jose Reyes  YES _____        NO _____

*Please proceed to Question No. 13.*

**CONSPIRACY**

**QUESTION NO. 13:** Do you find that defendants Rick Lane and Jose Reyes conspired to violate plaintiff Timothy Gantt's constitutional rights?

YES _____        NO __✖__

*If you answered "yes", please proceed to Question No. 14.*
*If you answered "no", please sign and date the verdict form.*

**QUESTION NO. 14:** Was the conspiracy a substantial factor in causing harm to

6

1

Timothy Gantt?

2

3

YES _____          NO _____

4

5

6

DATED: November 24, 2010                    FOREPERSON OF THE JURY

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JUDGMENT**

**THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1.      That judgment be, and hereby is, entered in favor of Defendants City of Los Angeles, Jose Reyes, Rick Lane, Albert Gonzales, Louis Trovato and Willie Williams and against the Plaintiff, Michael Smith;

2.      That the Plaintiff Michael Smith shall take nothing;

3.      That Defendants City of Los Angeles, Jose Reyes, Rick Lane, Albert Gonzales, Louis Trovato and Willie Williams recover their costs of suit herein.

Dated: December 3, 2010                    _____

                                                OTIS D. WRIGHT
                                                **United States District Judge**

8