JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Timothy Gantt, | CASE NUMBER |
| --- | --- |
| PLAINTIFF(S) | CV 08-05979-ODW(CWx) |
| v. | |
| County of Los Angeles et al., | JUDGMENT ON THE VERDICT FOR DEFENDANT(S) |
| DEFENDANT(S). | |

This action having been tried before the Court sitting with a jury, the Honorable  Otis D. Wright, II  , District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Timothy Gantt

take nothing; that the action be dismissed on the merits; and that the defendant(s):

County of Los Angeles, Rick Lane, Jose L. Reyes

recover of the plaintiff(s) its costs of action, taxed in the sum  to be determined upon the filing of a properly noticed Bill of Costs.

Clerk, U. S. District Court

Dated: 3/24/15

By  Sheila English
Deputy Clerk

At: _____

cc:   Counsel of record

CV-44 (11/96)            JUDGMENT ON THE VERDICT FOR DEFENDANT(S)